**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CORA MITCHELL as Personal Representative Of the Estate of ROBERT MITCHELL,**

Plaintiff,

**v.**

Honorable JOHN CORBETT O'MEARA
Case No. 09-11480

**CITY OF WARREN,**

Defendant.
________________________________________/

**MOTION TO REMOVE ATTORNEY OF RECORD**

NOW COMES Cora Mitchell, as Personal Representative of the Estate of Robert Mitchell, by and through Attorney Byron H. Pitts, and hereby requests this Honorable Court Order that Attorney Paul Broschay be removed as counsel.

Since on or about June 2, 2009, Attorney Broschay has been on notice that plaintiff has retained Attorney Byron H. Pitts to represent the estate in the above cause of action. (See Exhibit 1). On or about June 17, 2009, Mr. Pitts contacted Mr. Broschay and requested permission to sign his name to a Stipulation and Order for Substitution of Counsel. (See Exhibit 2). As of this writing, Attorney Pitts has received no response; thereby necessitating this Motion. Attorney Broschay was instructed by Cora Mitchell, that as of June 2, 2009, neither he nor anyone from his office was to take any further action on her behalf.

WHEREFORE, the Plaintiff prays that this Honorable Court enter an Order removing Attorney Paul Broschay as Attorney of Record from case number 09-11480.

Respectfully submitted,

s/Byron H. Pitts_______________

BYRON H. PITTS (P59079)
Attorney for Plaintiff
645 Griswold, Suite 3650
Detroit, MI 48226
(313) 964-7222

Dated: June 26, 2009.