**INDEX OF EXHIBITS FOR MOTION TO REMOVE ATTORNEY OF RECORD**

| **EXHIBIT** | **TITLE/DESCRIPTION** |
|---|---|
| 1 | Retainer Letters |
| 2 | Stipulation and Order for Substitution of Counsel |