**EXHIBIT 1**

*Byron H. Pitts*
*Attorney at Law*

*3650 Penobscot Building, Detroit, Michigan 48226-4218*
*(313) 964-7222 Fax: (313) 964-1459*

June 17, 2009

VIA FACSIMILE
(248) 355-5148

Paul Broschay
FEIGER, KENNEY & JOHNSON, P.C.
19390 West 10 Mile Road
Southfield, MI 48075

**RE: Cora Mitchell (as personal representative) v. City of Warren**
**For the Estate of Robert Mitchell**
**Case No. 09-11480**

Attorney Broschay,

As you are aware, my office has been retained by Cora Mitchell regarding the death of Robert Mitchell. Please notify forthwith that we have permission to sign your name to the Stipulation and Order for Substitution of Counsel.

Sincerely,

Byron H. Pitts
Attorney at Law

BHP:tm

June 17, 2009

VIA FACSIMILE
(248) 355-5148

Paul Broschay
FEIGER, KENNEY & JOHNSON, P.C.
19390 West 10 Mile Road
Southfield, MI 48075

**RE: Cora Mitchell (as personal representative) v. City of Warren
For the Estate of Robert Mitchell
Case No. 09-11480**

Mr. Broschay:

As you are aware, I have retained the Law Offices of Byron H. Pitts to represent my family regarding the death of my son Robert Mitchell. It remains my desire to have Attorney Pitts handle this matter. Mr. Pitts never attempted to solicit me regarding this case. It would be appreciated if you would sign the Stipulation and Order for Substitution of Counsel and turn over my case file to Attorney Byron H. Pitts.

Sincerely,

Cora Mitchell

**Cora Mitchell**