**EXHIBIT 2**

**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CORA MITCHELL as Personal Representative
Of the Estate of ROBERT MITCHELL,

Plaintiff,

Honorable JOHN CORBETT O'MEARA
Case No. 09-11480

vs.

CITY OF WARREN,

Defendant.
_______________________________/

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED, by and between the parties that BYRON H. PITTS shall substitute as retained counsel in place of PAUL BROSCHAY on behalf of CORA MITCHELL.

IT IS FURTHER STIPULATED, that PAUL BROSCHAY shall be relieved from any further responsibility in the above-entitled matter.

BYRON H. PITTS (P59079)
645 Griswold, Suite 3650
Detroit, MI 48226
(313) 964-7222

PAUL BROSCHAY (P36267)
19390 W. 10 Mile Road
Southfield, MI 48075
(248) 355-5555