UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORA MITCHELL, Personal Representative
of the Estate of ROBERT MITCHELL,

        Plaintiff,

v.

CITY OF WARREN,
WILLIAM DWYER, Commissioner of Police,
in his official and individual capacities,
POLICE OFFICER RAYMOND HENKE,
POLICE OFFICER JESSE LAPHAM,
in their individual capacities,

        Defendants.

Case No.: 09-11480
Honorable John Corbett O'Meara
Magistrate Judge Mona Majzoub

---

William H. Goodman (P14173)
Julie H. Hurwitz (P34720)
GOODMAN & HURWITZ, P.C.
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI 48207
313.567.6170

John J. Gillooly (P41948)
Jami E. Leach (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
313.446.5538
313.259.0450 (fax)

Byron H. Pitts (P59079)
Attorney for Plaintiff
535 Griswold, Suite 1630
Detroit, MI 48226
313.964.7222
313.964.1459 (fax)

---

## DEFENDANTS' EXPERT WITNESS LIST

NOW COME DEFENDANTS, CITY OF WARREN, WILLIAM DWYER, RAYMOND HENKE, and JESSE LAPHAM, by and through their attorneys, GARAN LUCOW MILLER, P.C., and hereby list the following Expert Witnesses who may be asked to testify at the time of trial:

1. Cheryl L. Loewe, MD - Forensic Pathologist

2. Daniel Spitz, MD - Macomb County Medical Examiner

3. Jack Ryan - Police Procedures Expert

4. Hugh Calkins, M.D. - Cardiology

5. Frank Pelosi, M.D. - Cardiology

6. Mark Kroll, Ph.D. - Biomedical Engineering

7. Andrew Hinz, Medical and Technical Services Manager, TASER International, Inc. Stephen Tuttle, TASER International, Inc.

8. Rick Wyant, TASER Master Instructor

9. Ron Dehne, Michigan Taser Distributor

10. Michigan State Police, Eric M. Cervenak, Forensic Scientist

11. NMS Labs, 3701 Welsh Road, Willow Grove, PA 19090

12. James Langtry, Chief of Operations, Macomb County Prosecutor's Office

13. Richard Jackson, M.D. - psychiatry

14. Phil Gaglio - Economist

15. Defendants reserve the right to name additional expert witnesses when those of the plaintiff have been identified and deposed.

                                       s/ Jami E. Leach
                                       Garan Lucow Miller, P.C.
                                       1000 Woodbridge Street
                                       Detroit, MI  48207-3192
                                       313.446.5538
                                       E-mail: jleach@garanlucow.com
                                       P53524

Dated: January 20, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, my assistant, Krista Meister, electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| William H. Goodman | bgoodman@goodmanhurwitz.com |
| Julie H. Hurwitz | jhurwitz@goodmanhurwitz.com |
| Byron H. Pitts | bpittslaw@sbcglobal.net |

and I hereby certify that on (Not Applicable), my assistant, Krista Meister, mailed by United States Postal Service the foregoing document to the following non-ECF participants, with full legal postage prepaid thereon and deposited in the United States mail:

(Not applicable)

    s/ Jami E. Leach
Garan Lucow Miller, P.C.
1000 Woodbridge Street
Detroit, MI  48207-3192
313.446.5538
E-mail: jleach@garanlucow.com
P53524